**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JONATHAN WALCZAK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 935 Pennsylvania Ave., NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE** | ) |
| 950 Pennsylvania Ave., NW | ) |
| Washington, D.C. 20530, | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiff JONATHAN WALCZAK brings this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to conduct a reasonable search and produce photographs and records from a camera recovered at the site of the United Airlines Flight 93 plane crash that occurred on September 11, 2001 in Pennsylvania.

## PARTIES

2. Plaintiff JONATHAN WALCZAK is an investigative journalist, filmmaker, and podcaster whose shows garnered more than 25 million downloads across streaming platforms. WALCZAK is the FOIA requester in this case.

3. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 16, 2025 FOIA REQUEST TO FBI

7. On August 16, 2025, Plaintiff submitted the following FOIA request to FBI for the following records:

> I'm requesting records pertaining to a camera with film and a case recovered in September 2001 from the Pennsylvania crash site of United Airlines Flight 93. The camera, film, and case were delivered to the FBI Laboratory on Sept. 18, 2001 by an FBI special agent who, at the time, worked in the Pittsburgh field office. Possible evidence and/or file numbers associated with the camera, film, and case include "Q163" and/or "56" and/or "1B140." The camera, film, and case were recovered as part of the FBI's PENTTBOM (Major Case 182) investigation. I'm requesting copies of any photos developed from the film, as well as records pertaining to this particular piece of evidence. Presumably, any investigative, national security, and/or privacy concerns about releasing such photos and/or other records can be addressed in a limited manner via redactions, instead of a wholesale rejection of this FOIA request.

8. A true and correct copy of the FOIA request is attached as Exhibit 1.

9. On August 21, 2025, FBI denied the request in its entirety, claiming that all records are exempt from disclosure pursuant to FOIA Section (b)(7)(A).

10. A true and correct copy of the denial letter is attached as Exhibit 2.

11. On August 21, 2025, WALCZAK administratively appealed the denial, contesting that "release of the information could reasonably be expected to interfere with enforcement proceedings." He explained that the photographs may be historical and are related to an event that took place 24 years ago.

12. A true and correct copy of the administrative appeal is attached as Exhibit 3.

13. On August 21, 2025, DOJ acknowledged receipt of the administrative appeal and assigned reference number A-2025-02482 to the matter.

14. A true and correct copy of the acknowledgement letter is attached as Exhibit 4.

15. On September 2, 2026, DOJ affirmed FBI's response to the request and denied the appeal.

16. A true and correct copy of the administrative appeal's denial letter is attached as Exhibit 5.

17. As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiff.

**COUNT I – FBI'S FOIA VIOLATION**

18. Paragraphs 1-17 are incorporated by reference.

19. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

20. Defendant FBI is a federal agency subject to FOIA.

21. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

22. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

23. Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: November 5, 2026

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JONATHAN WALCZAK

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com